# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re

WE THE PEOPLE USA, INC., *et al.*,

Debtors.

Chapter 11

Case Nos. _____, *et seq.*
(joint administration pending)

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of creditors holding the 20 largest unsecured claims against the estates of the above-captioned debtors on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these Chapter 11 cases. The list does not include (1) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (secured also state value security) |
|---|---|---|---|---|
| Frank Murphy<br>c/o Jason M. Rugo, Esq.<br>JENKINS & KLING, P.C.<br>10 South Brentwood Blvd. Ste 200<br>Clayton, MO 63105<br>314-721-5525 (fax) | | Contract | D, U | $1,000,000.00 |
| Bronx Document, Inc.<br>Rosann Pennisi<br>c/o Ginger Trunkes, Esq.<br>Snitow Kanfer Holtzer & Millus<br>575 Lexington Avenue, 14th Floor<br>New York, New York 10022 | | Contract | D, U | $850,000.00 |
| Tom and Rebecca Greene<br>c/o Lester K. Essig, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br>Facsimile: 801-532-7543 | | Contract | D, U | $500,000.00 |
| Arkady Portnoy<br>c/o Marc Smith, Esq.<br>Krane & Smith, APC<br>16255 Ventura Blvd, Ste 600<br>Encino, CA 91436<br>Facsimile: 818-382-4001 | | Contract | D, U | $250,000.00 |
| Bartko, Zankel, Tarrant & Miller<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br>Facsimile: (415) 956-1152 | | Professional fees | U | $54,224.52 |
| American Arbitration Association<br>Attn: Sharon Durkin, Case Mgr<br>950 Warren Ave.<br>East Providence, RI 02914-1414<br>Facsimile: 401 435 6529 | Reference:<br>Case No. 14-114-00676-09-01-KADA-C | Services | D | $30,987.50 |

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (secured also state value security) |
|---|---|---|---|---|
| Jeffrey Adams<br>c/o John Sullivan, Esq.<br>11000 Morrison Street, #202<br>North Hollywood, CA 91601<br>Facsimile: (818) 763-8860 | | Contract | D, U | $25,000.00 |
| Perkins Coie LLP<br>Attn: Leonard MacPhee<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202-1043<br>Facsimile: 303.291.2400 | | Professional fees | U | $21,292.00 |
| American Arbitration Association<br>Attn: Melanie Rutherford, Case Mgr<br>950 Warren Ave.<br>East Providence, RI 02914-1414<br>Facsimile: 401 435 6529 | Reference:<br>Case No. 14-114-00226 -09 | Services | U | $16,000.00 |
| Spencer Fane Britt & Browne LLP<br>James T. Price, Esq.<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Facsimile: (816) 474-3216 | | Professional fees | U | $15,200.00 |
| Sean Novak, Esq.<br>Novak and Ben-Cohen LLP<br>8383 Wilshire Boulevard #1004<br>Beverly Hills, CA 90211 | | Contract | | $12,500.00 |
| Narmella Elissa<br>c/o David Elissa<br>22-50 43rd Street<br>Astoria, New York 11105 | | Contract | D, U | $10,000.00 |
| American Arbitration Association<br>Attn: Barbara C. Cook, Case Mgr<br>950 Warren Ave.<br>East Providence, RI 02914-1414<br>Facsimile: 401 435 6529 | Reference:<br>Case No. 14-114-01696-08 01-BACO-R | Services | U | $7,500.00 |
| American Arbitration Association<br>Attn: Gilbert A. Camarena, C. Mgr<br>1750 Two Galleria Tower<br>13455 Noel Road<br>Dallas, TX 75240<br>Facsimile: 972 490 9008 | Reference:<br>Case No.: 58-114-Y-00138-09-C | Services | U | $5,000.00 |
| Attorneys Corporation Service, Inc.<br>5668 East 61st Street<br>Commerce, CA 90040 | | Contract | U | $3,500.00 |
| General Electric Capital Corp.<br>Copier Leasing Department<br>1961 Hirst Drive<br>Moberly, Missouri 65270 | | Equipment finance lease | D, U | $1,350.00 |
| WTP of Irvine, CA<br>c/o Sung Lee<br>864 Charleston Way<br>Brea, CA 92821<br>Fax: 949-414-9992 | | Refund | U | $1,323.00 |
| Hrbek Law LLC<br>Deborah Hrbek, Esq.<br>225 Broadway, Suite 2515<br>New York, NY 10007<br>Fax: 646.478.9490 | | Professional fees | U | $1,100.00 |
| The Kuhn Law Firm<br>Clarence J. Kuhn, Attorney at Law<br>The Kuhn Law Firm, P.L.L.C.<br>17800 Excelsior Blvd., Suite 100<br>Minnetonka, MN 55345<br>Fax: 612.234.4417 | | Professional fees | U | $592.00 |
| Law Offices of Hilary B. Miller<br>Hilary Miller, Esq.<br>72 Zaccheus Mead Lane<br>Greenwich, CT 06831-3752<br>fax: (914) 206-3727 | | Professional Fees | U | $417.52 |

(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

    I, Mark Prior, in my capacity as Associate General Counsel of We The People USA, Inc. and We The People LLC, named as the debtors in these cases (the "Debtors"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

WE THE PEOPLE LLC

by: ____[signature]____       2-18-10
    Mark Prior, Associate General Counsel      Date

WE THE PEOPLE USA, INC.

by: ____[signature]____       2-18-10
    Mark Prior, Associate General Counsel      Date