IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

WE THE PEOPLE USA, INC., *et al.*,

Debtors.

Chapter 11

Case Nos. _____, *et seq.*
(joint administration pending)

## DECLARATION IN SUPPORT OF
## MATRIX OF CREDITORS AND EQUITY HOLDERS

Mark Prior, Associate General Counsel of We The People USA, Inc. and We The People LLC (the "Debtors"), named as the debtors in these cases, hereby declares under penalty of perjury as follows:

1.      I have read the attached matrix, and to the best of my information and belief, it is a true and correct list of the names and addresses of the creditors and equity holders of one or both of the Debtors.

2.      In some instances, I was unable to determine whether or not a particular person is a creditor of the Debtors.  Other persons are listed on the attached matrix solely in order to ensure notice to such persons of the commencement of these Chapter 11 cases.  Therefore, the inclusion of a person on the attached matrix shall not be deemed an admission that such person is a creditor or equity holder of the Debtors.

3.      The attached matrix does not list any former customers of the Debtors' franchisees, other than any named plaintiffs in any actual or threatened proceedings.  To the extent that any persons may be a creditor of the Debtors by virtue of belonging to any class of consumer claimants, the Debtors assert that such claimants' personal information is sensitive and should not be made of record based upon the class position of a third party creditor.  To the

extent that it becomes appropriate to furnish evidence of service upon such persons in connection with these bankruptcy proceedings, the Debtors intend to submit such evidence under seal or by some other means of protection.

WE THE PEOPLE LLC

by: _____  2-19-10
Mark Prior, Associate General Counsel       Date

WE THE PEOPLE USA, INC.

by: _____  2-19-10
Mark Prior, Associate General Counsel       Date

1957 Westchester Avenue Partners LLC
c/o COMJEM Associates, LTD
1430 Broadway, Suite 1505
New York, NY 10018

3480 Jerome Associates, LLC
c/o COMJEM Associates, LTD
1430 Broadway, Suite 1505
New York, NY 10018

5661 Partners, LLC
c/o COMJEM Asociates, LTD
1430 Broadway, Suite 1505
New York, NY 10018

77th Queens Associates
Minskoff Grant Realty & Mgmt
1350 Ave of the Americas
New York, NY 10019

A G DESIGN
3478 Buskirk Ave., Suite 1000
Pleasant, CA 94523

Aalberts Reliable Cleaning Corp.
1746-F South Victoria Ave., No. 347
 Ventura, CA 93003

Accountemps
File 73484
PO Box 60000
San Francisco, CA 94160-3484

Jeffrey Adam
c/o John Sullivan, Esq.
11000 Morrison Street, #202
North Hollywood, CA 91601

Jeffrey C. Adam
P.O. Box 6705
Albany, CA 94706-4792

Jeffrey Adams
2829 Manoa Road
Honolulu, HI 96822

ADP Inc.
PO Box 9001006
Louisville, KY 40290-1006

ADR Services Inc.
1900 Avenue of the Stars, Ste 250
Los Angeles, CA 90067

Alight, Inc.
9400 N. Central Expressway, Suite 1650
Dallas, TX 75231

Denis Alpine
c/o Sean Novak, Esq.
Novak & Ben Cohen LLP
8383 Wilshire Blvd. No. 1004
Beverly Hills, CA 90211

Alstin Advertising
PO Box 1880
Philadelphia, PA 19105

American Arbitration Association
Attn: Barbara Cook
950 Warren Avenue
East Providence, RI 02914

American Arbitration Association
Attn: Gilbert A. Camarena
1750 Two Galleria Tower
13455 Noel Road
Dallas, TX 75240

American Arbitration Association
Attn: Melanie Rutherford
950 Warren Avenue
East Providence, RI 02914

American Arbitration Association
Attn: Sharon Durkin
950 Warren Avenue
East Providence, RI 02914

American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA 93704

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express
PO Box 1270
Newark, NJ 07101-1270

American Honda Finance Corp
PO Box 7829
Philadelphia, PA 19101-7829

Amorison, John M.
1 Woodbridge Center, Ste 630
Woodbridge, NJ 07095

Charles Anderson
1312 Groves Field Lane
Wake Forest, NC 27587

Appel, Catherine Marie

5559 Averill SW
Wyoming, MI 49548

Oleg Arakelyan
10827 Redmont Ave.
Tujunda, CA 91042

Arizona Corporate Commission
1300 West Washington
Phoenix, AZ 85007-2929

Arrowhead Mountain Spring Water
2767 E. Imperial Hwy.
Brea, CA 92821

Richard Arrucci
10 virginia Pine Lane
Bay Shore, NY 11706

Asset Recovery Specs., Inc
10605 Southern Loop Blvd.
Pineville, NC 28134

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T
PO Box 650661
Dallas, TX 75265-0661

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Chuck Atkins
116 NE Evelyn Ave.
Grants Pass, OR 97526

Attorney Registration
P. O. Box 598
Hazleton, PA 18201-0598

Attorneys Corporation Service, Inc
3021 W. Magnolia Blvd
Burbank, CA 91505-3044

Attorneys Corporation Service, Inc.
5668 E. 61St Street
 Commerce, CA 90040

Austin Typewriter & Computer, Inc.
116 E. Huntland Drive
Austin, TX 78752

Mohammed Aziz
19509 Gifford Street

Reseda, CA 91335

Arelin Barriga
210 Frankllin Street
Santa Ana, CA 92703

Barron, Peck, Bennie & Schlemmer
Attn: Richard Lameier
3074 Madison Rd.
Cincinnati, OH 45209

Bartko, Zankel, Tarrant & Miller
900 Front St., Suite 300
San Francisco, CA 94111

Be Prepared Inc.
4347 Apricot road
Simi valley, CA  93063

Preston Beale
54 Brookfield Rd
Darien, CT 06820

Trude Bershof
2705 S. Moline Court
Aurora, CO 80014

 Best Case Solutions, Inc
PO Box 32
Evanston, IL 60204-0032

Rene Bevil
327 Johney's road
Grenada, MS 38902

Douglas Bishop
2123 Union Street
Costa Mesa, CA 92627

BLACK BOX Resale Services
SDS 12-0976, P. O. Box 86
Minneapolis, MN 55486

Blanchard Legal Solutions,PC
2719 Creast View Drive
Santa Clara, UT 84765

Robert Blau
1338 Shattuck Ave., Apt. 202
Berkeley, CA 94709

Blue Eagle Investigations, Inc.
6709 West 119th St., # 125
Overland Park, KS 66209

Blue Lake Investments
PO Box 676

Blue Lake, CA 95525

Thomas M. Blumenthal, Esq.
Paule Camazine & Blumenthal, P.C.
165 North Meramec Avenue, 6th Floor
St. Louis, MO 63105

Bocchini & Brooks
6249 4th Street N
St. Petersburg, Fl 33710

Rene & Tammy Bojorquez
174 Hillcrest Ave.
Pittsburg, CA 94565

Doug Borner, Esq.
Bordner, Feldman and Berman
30101 Agoura Court, No. 101
 Agora Hills, CA 91301

Walter Boxer
21 King Street, Apt. No. 2
 New York, NY 10014

BPlus8
174 Hillcrest Ave.
Pittsburg, CA 94565

Marilyn Brittingham
3725  Thornfield
Gwynn Oak, MD 21207

Jayne Bromberg
6732 Alamitos circle
Huntington Beach, CA 92648

Janet Brooks
6249 4th Street N
St. Petersburg, FL 33710

James Broult, Esq.
Rogin Nassau LLC
City Place 1    222nd floor
118 Asylum Street
Hartford, CT 06103

Paul Brown
527 Wetherfield Road
Glendale, AZ 85304

Judy Brozek
200 W. 34th Ave., No. 72
Anchorage, AK 99503

Dan Buchanan
91 Clarkspur
Bristol, CT 06010

Darryl Buchanan
148 East Chippers Hill Road
Burlington, CT 06013

Buxton Co.
2651 South Polaris Drvie
Fort Worth, TX 76137-4479

Calif. Department of Corporations
320 West Fourth St.
Los Angeles, CA 90013

California Employment Development Dept.
P. O. Box 826805
Sacramento, CA 94205-0001

California Secretary of State
P. O. BOX 944230
Sacramento, CA 94244-2300

Carter Building Mgt
44 Cooper St
Woodbury, NJ 08096

Carter Law Firm
9505 Arvilla Ave
Albuquerque, NM 87711

Michael Casler
1421 Castle Creek Drive
Las Vegas, NV 89117

Peter Casper
107 Broadway
elmwood Park, NJ 07407

Peter Casper
534 Bloomfield Ave
Verona, NJ 07044

Lupe Castillo
15455 Van Owen, No. 72
 Van Nuys, CA 91406

Robert Cavin
944 Bel Marin Keys
Novato, CA 94949

CCH Incorporated
PO Box 4307
Carol Stream, IL 60197-4307

Chen Chenyuan
49 Carriage Drive
Irvine, CA 92602

Tracy Chirikas
29961 Gratiot Ave
Roseville, MI 48066

City and County of San Francisco
Office of the County Clerk
City Hall, Room 168
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4678

 City of Austin
PO Box 2267
Austin, TX 78783-2267

City of Santa Barbara
PO Box 60809
Santa Barbara, CA 93160-0809

Keith A. Clark, Esq.
Schumaker Williams, P.C.
P. O Box 88
Harrisburg, PA 17108

Coast To Coast Information Services
1733 Monrovia Street, Suite F
 Costa Mesa, CA 92627

Coastal Copy
350 S.Kellogg Avenue, Suite S
Goleta, CA 93117

Cochrane Property Management
PO Box 4370
Santa Barbara, CA 93140

Kathy Coleman
3734 Portofino Way #B
Santa Barbara, CA 93105

Con Edison
JAF Station
PO Box 1702
New York, NY 10116-1702

Conlin's
1011 W. Eighth Ave
King of Prussia, PA 19406

Connecticut Secretary of State
30 Trinity St., PO Box 150470
Hartford, CT 06115

John Connolly, Esq.
Connolly and Smyser, Ltd
134 S. 5th Street
Boise, ID 83702

Angela Cooper
507 Morado Place
Oxnard, CA 93030

Corleon Enterprises
PO Box 1358
El Cajon, CA 92022

Robert Cotto
1174 Amherst Avenue, No. 304
Los Angeles, CA 90049

Cotto Enterprises
1174 Amherst Avenue, No. 304
Los Angeles, CA 90049

Dennis & Carleen Cowan
410 E. Valerio
Santa Barbara, CA 93101

James Cox
210 Fennimore Road
Mamorneck, NY 10543

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CV Legal Inc.
1153 S. Meeker
West Covina, CA 91790

Gerald Czarnecki
225 NE Mizner Blvd., No. 300
Boca Raton, FL 33432

Deb Dahlinger
2260 Eastwood Drive
Ft. Collins, CO 80525

Richard Danzig, Esq.
Danzig, Fishman and Decca
One North Broadway, Suite 1202
White Plains, NY 10601

DATABASE SYSTEMS CORP.
1118 EAST MISSOURI AVE
Phoenix, AZ 85014

Daveron Enterprises, Inc.
320 Oscelo Ave.
Jackonsville Beach, FL 32250

David and Ella Flint Trust
6 Harbour Way, No. 168
Santa Barbara, CA 93109

Joseph & Kathleen DeCarlo
460 MissionSprings Road
Arroyo Grande, CA 93420

Carmello DeCiccio
43 Jeannette Lane
Lake Katrine, NY 12949

Deltenium Corp.
225 NE Mizner Blvd., No 300
Boca Raton, FL 33432

Mark and Katie Demorest
11230 Sluice
Oro Valley, AZ 85737

Derek Distenfield
49 E. 7th Street, No. 3
New York, NY 10017

Ira and Linda Distenfield
c/o John Lauritsen, Esq.
800 Garden Street, Suite L
Santa Barbara, CA 93101

Ira and Linda Distenfield
4312 Marina Drive
Santa Barbara, CA 93110

DLA Piper Rudnick Gray Cary US LLP
P.O. Box 75190
Baltimore, MD 21275

DocuSource
10450 Pioneer Blvd
Santa Fe Springs, CA 90670

Dollar Financial Corp.
1436 Lancaster Ave., Suite 300
Berwyn, PA 19312

Dollar Financial Group, Inc.
1436 Lancaster Ave., Suite 300
Berwyn, PA 19312

Double Peak Inc.
1002 Skyline Place
San Marcos, CA 92078

Dove Tax Services Inc.
4940-C Capital Boulevard
Raleigh, NC 27616

Dumac
2837 South 600 West
Salt Lake City, UT 84115

Ian Duncan
3572 Terrace Way
Lafayette, CA 94549

Eaglecreek Realty Services, Inc.
654 N. Woodchuck
Wichita, KS 67212

Ecko Products Group, LLC
12615 Colony St
Chino, CA 91710

Vince Eddy
528 Myrtlewood, Suite C
Calimesa, CA 92320

Edison Company
PO. BOX 600
Rosemead, CA 91771

A.R. Eduoni
6519 Magnolia Ave
Riverside, CA 92506

Eichmann, Matthew
105 Federal Walk
Kennett Square, PA 19348

Michael Einbinder, Esq.
Einbinder and Dunn
104 W. 40th St.
New York, NY 10018

Narmella Elissa
c/o David Elissa
22-50 43rd Street
New York, NY 11105

Eugene and Julia Elkin
11122 Washington Street
Omaha, NE 68317

Enterprise Magazines, Inc.
1020 North Broadway, Ste 111
Milwaukee, WI 53202

Entrepreneur
PO Box 19787
Irvine, CA 92623-9787

Estate of Catherine Appel
c/o J. Appel
2197 Linda Ave.
Benton Harbor, MI 49022

Estate of Dale Lewis
700 Lupine Lane

Templeton, CA 93465

Estate of Doreen Greene
10424 Andorra Ave.
Chatsworth, CA 91311-2001

Carmen Estrada
1524 State Street
Santa Barbara, CA 93101

Executive Sounding Board Associates Inc
15 JFK Blvd Suite 1730
Philadelphia, PA 19102

John Fallat
523 Fourth Street
San Rafael, CA 94901

David Farber
27882 Rural Ln
Laguna Nigel, CA 92677

Fed Ex Freight
PO Box 10306
Palatine, IL 60055-0306

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Federal Wholesale Toy Co., LTD
c/o Grubb & Ellis Management
40 N.E. Loop 410, Suite 607
San Antonio, TX 78216

FedEx Kinko's Office and Print Services
PO Box 672085
Dallas, TX 75267-2085

Joy Feigenbaum, Assistant Attorney General
New York State Attorney General's Office
Bureau of Consumer Frauds & Protection
120 Broadway
New York, NY 10271

Andrew Fierro, Esq.
310 K Street, Ste 200
Anchorage, AK 99501

First Move Media
5266 Hollister Ave., Suite 121
Santa Barbara, CA 93111

Kevin Flint
1040 Colleen Way
Santa Barbara, CA 93111-1102

Oscar Flores
3759 Larson Lane
Gilbert, AZ 85295

 Florida Dept. of Agri & Consumer Svcs
PO Box 6700
Tallahassee, FL 32314-6700

Larry Fogelson
6 Halliday court
Purchase, NY 10577

 Franchise Valuations LTD
404 Park Avenue South
New York, NY 10016

 FRANDATA
1655 N. Fort Myer Drive, Suite 410
 Arlington, VA 22209

Robert Fry
44290 Cascata
Indio, CA  92244

 Fry Enterprises, Inc.
44290 Cascata
Indio, CA 92244

Mary Fulton
5633 Garrison St.
Arvada, CO 80002

Joseph Gagliano
16 Point Road
Bellport, NY 11713

Jose Luis Garcia
4727 Torrance Boulevard
Torrance , CA 90503

Ahmed and Iman Gawad
18817 Kilfinian
Northridge , CA 91326

 GE Capital
PO Box 642111
Pittsburgh, PA 15264-2111

Eli  Genadry
1187 Coast Village Rd, No. 1-464
Santa Barabara, CA 93108

 General Electric Capital Corp.
Copier Leasing Department
1961 Hirst Drive
Moberly, MO 65270

David R.  Gibson, Esq.
445 E. FM 1382, Suite 3363
 Cedar Hill, TX 75104

Aleck Gilner
1201 Riverbend Ct.
Superior, CO 80027

 Glenn Kushner Inc.
425 Second Ave
New York, NY 10010

Thomas Goehring
7603 A Amador Valley boulevard
Dublin, CA 94568

Herbert Gold
21535 San Giorgio
Mission Viejo, CA 92692

Dennis Golden, Esq.
Golden Law P.C.
614 West Berry Street
Fort Wayne, IN 46802

Linda Goldsmith
29 Hilltop Road
Southampton, NY 11968

Marian and James Gorman
4347 Apricot road
Simi valley, CA 93063

 Graphic Impressions of America, Inc.
179 W. Lancaster Ave
Malvern, PA 19355

Nancy and David Grashow
305 Watch Hill Road
Tarrytown, NY 10591

Noelle Gravagna
217 E. 86th Street, No. 314
 New York, NY 10028

Charles  Gray
1354 South Fifth St.
St Charles, MO 63301

Charles  Gray, Esq.
The Gray Law Firm, LLC
1360 South 5th St., Ste 365
St. Charles, MO 63301

Thomas Green
4885 South Redwood Road
Taylorsville , UT 84123

Greenberg,Traurig
2375 E Camelback Rd. Ste 700
Phoenix, AZ 85016

Tom and Rebecca Greene
c/o Lester K. Essig, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Deborah  Gronet, Esq.
1661 N. Swan Road, 200-6
 Tucson, AZ 85712

Barry S. Grossman, Esq.
Law Offices of Barry S. Grossman
319 S. 17th St., # 206
Omaha, NE 68102

Joseph and Mary Guierriero
2746 Tenaya Ave.
Fresno, CA 93711

Kristen Hafner
390 Innwood Road
Simi valley, CA 93065

Duane and Kevin Hanna
2222 Sycamore Canyon Road
Santa Barbara, CA 93108

Hanna Family Trust
2222 Sycamore Canyon Road
Santa Barbara, CA 93108

Gerald and Rae Hawkins
P.O. Box 1220
Shasta Lake, CA 96019

Robert and Linda Hays
901 Bosque Road
Albuquerque, NM 87113-2859

Headsets Wholesale
P. O. Box 8652
Midvale, UT 84047-8652

Helix Water District
PO Box 501848
San Diego, CA 92150-1848

Helms Mulliss & Wicker, PLLC
201North Tryon St P O. Box 31247
Charlotte, NC 28231

Barbara Hersh

4301 S. Brown court
Morrison, CO 80465

Cami Hershkovitz
437 Appleton Road
Simi valley, CA 93065

Christian Hess
195 Parsons boulevard
East Marian, NY 11939

Shanti Hess
1902 Leandro Road
Acton, CA 93510

Mohamed Hijaz
6239 Otis Ave
Bell, CA 90201

Chris Hively
12454 Dapple Drive
Rancho Cucamonga, CA 91739-2426

John Hively
19812 Burleigh Drive
Yorba Linda, CA 92886

Harry  Hockeimer, Esq.
Hangley, Aronchuck, Segal and Pudin
1 Logan Square, 27th Floor
Philadelphia, PA 19103

 Hogan Electric Inc
4035 South Main Street
Salt Lake City, UT 84107

Richard Hoppe
21722 Devonshire St.
Chatsworth, CA 91311

Richard Hoppe
10424 Andorra Ave.
Chatsworth, CA 91311-2001

Brian and Caolyn Howard
9510 E. Spring Creek Circle
Palmer, AK 99645

Howard Services, Inc.
500 Myles Standish Blvd.
Taunton, MA 02781

Deborah Hrbek, Esquire
Hrbek Law LLC
255 Broadway, Ste 2515
New York, NY 10007

George and Mary Hunt
3901 Windwood Circle
Charlotte, NC 28226

Hunter, Jacqueline
8 Rico Drive
New Windsor, NY 12553

Ihire LLC
P.O. 3100
Frederick, MD 21705

Immigrant Software Corp.
1105 Terminal Way, Ste 202
Reno, NV 89502

Impulse Internet Services
81 David Love Pl.
Santa Barbara, CA 93117

Indiana Securities Division
Room E-111 302 West Washington
Indianapolis, IN 46204

InfoHighway Communications
A.R.C. Networks, Inc.
PO Box 26915
New York, NY 10087-6915

 Infotel, Inc.
219 W. 14th Street
New York, NY 10011

Internal Affairs Investigative Servs., Inc.
11565 Laurel Cyn Blvd, Suite 211
Mission Hills, CA 91340

International Franchise Association
1501 K Street, N.W., Ste. 350
Washington, DC 20005

International Marketing and Finance Inc.
3155 Lake Ellen Drive
Tampa, FL 33018

Iron Mountain
P.O. Box 27128
New York, NY 10087-7128

Brant Jackson, Jr., Esq.
3505 Piedmont Road, NE Ste 275
Atlanta, GA 30305

Jacobs Chase Frick Kleinkoph & Kelley
1050 17th St., Suite 1500
Denver, CO 80265

Reza Jadvar
18777 Edleen Drive
Tarzana, CA 91352

James Publishing Incorporated
P.O. Box 25202
Santa Ana, CA 92799-5202

James Publishing, Inc.
PO Box 25202
Santa Ana, CA 92799-5202

Jams, Inc.
P. O. Box 512850
Los Angeles, CA 90051

Jancyn Evaluation Shops
P. O. Box 26934
San Jose, CA 95159

Jay A. Press, P.C.
115 Broad Hollow Rd., Ste 350
Melville, NY 11747

E. Jeff Jeffery
P. O. Box 423
Corvallis, OR 97339

John Wiley & Sons Inc.
c/o Larry Alexander
111 River Street
Hoboken, New Jersey 07030

Kyle Johnson
33225 Sandpiper Place
Fremont, CA 94555

Linda Johnson
2899 43rd Ave.
Greeley, CO 80634

Steven Jones
40-07 Vernon Blvd., Apt. 6B
Long Island City, NY 11101

Rick Jones, Esq.
1900 W. Benson Boulevard
Anchorage, AK 99517

Rena Jordan
7329 Pineridge Drive
Park City, UT 84098

Ronald and Arline Kadanago
14136 Albert St.
Sherman Oaks, A 91421

Michael S. Kahn
20 West 36th St., 4th Floor
New York, NY 10018

Sherri Kaplan, Esq.
Law Offices of Sherri L. Kaplan
55 Peppermit Road
P.O. Box 337
Commack, NY 11725

Donald Karel
788 Kimball
Highland Park, IL 60035

Louise Kathe
135 Keller St., Suite C
Petaluma, CA 94952

Gordon Katz, Esquire
853 Broadway, Ste 2011
New York, NY 10001

Kaufmann,Feiner,Yamin,Gildin & Robbins LLP
777 Third Avenue
New York, NY 10017

Samuel Kay
24001 Via Bayona
Mission Viejo, CA 92691

Michael Keane
4569 Cielo circle
Calabasas, CA 91302

 KEGLER, BROWN, HILL & RITTER
65 E STATE ST, STE 1800
COLUMBUS, OH 43215

Tina Kelly
3800 W. Jammer Boulevard, Unit
Chandler, AZ 85226

 Key Equipment Finance
PO BOX 203901
Houston, TX 77216

 Keyspan Energy Delivery
PO Box 29212
Brooklyn, NY 11202-9212

Alex Kim
c/o Wells Fargo Bank
Financial Sponsors
333 South Grand Avenue, 9th Floor
Los Angeles, CA 90071

Leslie L. Kimes, Esq.

Law Offices of Leslie Kimes
7714 Brooklyn Blvd., Ste 102
Brooklyn Park, MN 55443

Robert and Stacy Kines
3411 Cypress Landing Drive
Valrico, FL 33018

Koeppel Gottlieb Mesches
525 So. Flagler Dr., Ste 200
West Palm Beach, FL 33401

Sarah Koetsier
5962 Simon Drive
Grandville, MI 49418

Terry Kors
3155 Lake Ellen Drive
Tampa, FL 33018

Kowal & Manis Construction
377 Fifth Ave., 2nd Floor
New York, Ny 10016

Kraut Harris, P.C.
1767 Sentry Parkway
Madison Bank Bdfg. Ste. 311
Blue Bell, PA 19422

KTB Electric Corp.
123-16 Jamaica Ave.
Queens, NY 11418

Joseph La Capra, Esq.
320 Carlton Avenue, No. 4100
Central Islip, NY 11712

James and Karen LaBrosse
108 Highview
Hope Valley, RI 02832

Jay Lapidus
7 Auburn Road
West Hartford, CT 06919

Charles Larsen
816 North O Street, No. 45
Lompac, CA 93436

LaserSharp
2580 South Decker Lake Blvd, #200
Salt Lake City, UT 84119

Law Offices of Hilary B. Miller
c/o Hilary Miller, Esq.
72 Zaccheus Mead Lane
Greenwich, CT 06831-3752

Lawrence H Golkin & Associates APC
674 County Square Dr., # 205
Ventura, CA 93003

LawSoft, Inc.
P.O.Box 1685
Kearney, NE 68848-1685

Richard Layon
6120 S. Marina Pacfica Drive
Long Beach , CA 90803

Andy Lee
7212 Los coyoles Placq
Camarillo, CA 93012

Michael and Kathleen Lee
6363 Noble Street
Shawnee, KS 66218

Sung Lee
864 Charleston Way
Brea, CA 92821

Legal Forms Provider LLC
913 E. Bayridge drive
Weston, FL 33326

Legislative Research, Inc.
1109 9th St., Suite 220
Sacramento, CA 95814

Ira  Levine, Esq.
320 Northern Boulevard, No. 14
Great Neck, NY 11021

Levine, Julie A.
25 Hilltop Drive
West Hartford, CT 06107

Lewis Plumbing
115 W Mission Street
Santa Barbara, CA 93101

Lexis Nexis
PO Box 7247-0178
Philadelphia, PA 19170

Marc Liberts
4153 Via Andorra #A
Santa Barbara, CA 93110

Liberty Office Products
PO Box 630729
Houston, TX 77263-0729

David Lieberman
10724 Wilshire
Los Angeles, CA 90024

Paul Lieberman
17 Wildwood Lane
Sudbury, MA 01776

 Linda D. Smith, P.C.
4885 So. 900 E. # 306
Salt Lake City, UT 84124

 LKJ Enterprises
2899 43rd Ave.
Greeley, CO 80634

 LLB Kines LLC
3411 Cypress Landing Drive
Valrico, Fl 33018

Carolee Lockhart
6434 W. Elwood
Phoenix, AZ 85043

Jennifer Lockwood
22107 Hart St
Canoga Park, CA 91303

Jane Lodas
960 Via Tranquila
Santa Barabara, CA 93110

Oluyesi Lojede
4940-C Capital Boulevard
Raleigh, NC 27616

Rene Louieriro
1347 McHenry Ave
Modesto, CA 95350

Richard Lubetzky
1875 Century Parl East, Suite 600
Los Angeles, CA 90067

Robert Lungo
6527 Flamingo Street
Carlsbad, CA 92009

Jennifer Lyons
884 Club Court
Camarillo, CA 93010

Robert Malina
745 North Screenland
Burbank, CA 91505

William & Rhonda Malina

4717 Katherine
Van Nuys, CA 91505

Patrick J. Malloy, III
111 West 5th St., Suite 700
Tulsa, OK 74103

MAM Group
2843 Harbour Town Trail
Ontario, CA  91761

 Manhattan Fire & Safety Corp.
242 West 30th St., 7th Fl.
New York, NY 10001

Mitch and Jo Manos
584 Fairfield Road
Simi Valley, CA 93065

Marborg Industries
P.O. Box 4127
Santa Barbara, CA 93140

Fred and Kerry Mariea
6823 Shadowbrook
Goleta, CA 93117

Marquez
1501 State St.
Santa Barbara, CA 93101

Mart Franchise Venture LLC
210 Route 4 East, Suite 304
Paramus, NJ 07652

Richard A. & Diana L. Martin
873-D Foxsprings Dr.
Chesterfield, MO 63017

Terry and Eva Martin
148 Liming Farm Road
Mt. Orab, OH 45154

Megan Martin, Esq.
6225 S. Troost Avenue
Tulsa, OK 74136

Steve Martinez
41827 Florida Ave.
Hemet, CA 92544

David McBarron
22551 Fonthilll Blvd
Hayward, CA 94544

Robert McBride
320 Oscelo Ave.

Jackonsville Beach, FL 32250

Terry& Vickie McDowell
22631 Hazelline
Mission Viejo, CA 92692

James V. McFaul, Esq.
305 Chesapeake Ave., Ste 100
Towson, MD 21204

Carl McGee
655 S. Flower St., No. 298
Los Angeles, CA 90017

McGuire Woods LLC
901 E. Cary Street
Richmond, VA 23286

Robert McHale
2002 Lyndale Ave. S.
Minneapolis, MN 55404

MCI
PO Box 371838
Pittsburg, PA 15250-7838

Greg McKeehan
19453 Posey Lane
Redding, CA 96003

Stuart McLean
9540 Cunningham Road
Cincinnati, OH 45243

Medler & Roither, LLC
8000 Maryland Ave., Ste 640
Clayton, MO 63105

Melro Electronic Devices, Inc.
84 Rockaway Ave
Valley Stream, NY 11580

Meridith's Corporate Catering
10 Leopard Road
Berwyn, PA 19312

Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601

Jose and Laura Miclat
2843 Harbour Town Trail
Ontario, CA 91761

Midland Carting, Inc.
P. O. Box 303

Massapequa Pk, NY 11762

Mary and Rafeek Mikhail
22948 Tupelo Ridge Road
Valencia, CA 91354

Miller Law Firm of Kansas, P.A.
4630 W. 137th St., Ste 100
Leawood, KS 66224

Minnesota Dept. of Commerce
Commissioner
85 7th Place East, Ste. 500
St. Paul, MN 55101-2198

Mark and Edie Mirau
29 Biggs Placw
Flemington, NJ 08822

Patricia Mitchell
1944 N. Jameson Lane
Monticieto, CA 93108

Mitofsky Shapiro Neville & Hazen LLP
152 Madison Avenue, 3rd Floor
New York, NY 10016

Shereef & Christina Moharram
527 W. Pueblo Street, No. 3
Santa Barabara, CA 93105

Monetary Management of California, Inc.
10285 Central Avenue
Montclair, CA 91763

Money Mart Express
2778 W. Shady Bend Lane
Lehi, UT 84043

Olivia Moore
262 El Pueblo Place
Clayton, CA 94517

Carlos Morales
1178 Clay Ave #4S
Bronx, NY 10456

Lia Movsesian
1407 Lee Drive
Glendale, CA 91201

J.J. Mugg, Esq.
2251 Bush Street
San Francisco, CA 94104

Herman Munoz
1094 Arrow Wood Drive

Brea, CA 92821

Frank Murphy
c/o Jason M. Rugo, Esq.
Jenkins & Kling, P.C.
10 South Brentwood Blvd., Suite 200
Clayton, MO 63105

Frank Murphy
2722 S. Brentwood Boulevard
Brentwood, MO 63144

Bruce Napell, Esq.
Singler, Napell and Dillon
127 S  Main Street
Sebastopol, CA 95472

National Notary Assn.
9350 De Soto Ave., P.O. Box 2402
Chatsworth, CA 91313

Jeffrey Neeman
Neeman & Mills Ltd
1201 S. Maryland Pky
Las Vegas, NV 89104

Rick and Janet Nelson
1317 Club View Drive
Los Angeles, CA 90024

Netlojix Communications
7001 Boulevard 26, Ste 323
N. Richland Hills, TX 76180

Netlojix Communications (Silicon Beach Westnet)
104 W. Anapamu, Suite C
Santa Barbara, CA 93101

Netzah & Jankielewicz, Inc.
16601 Ventura Blvd., 4th Floor
Encino, CA 91436

Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201

Nevada Secretary of State
204 North Carson St., Ste. 1
Carson City, NV 89701

New Millienium Corp
523 Fourth Sreet
San Rafael, CA 94901

New York Department of State
One Commerce Pl., 99 Washington Ave
Albany, NY 12231

Nicholas M. Nighswander, PLLC
7289 Burlington Pike
Florence, KY 41042

Nicholson Law Firm
4500 I-55 North, Suite 216
Jackson, MS 39211

John F. Nicholson, Esq.
21243 Ventura Boulevard, No. 226
Woodland Hills, CA 91364

Nick and Daniel LLC
7212 Los coyoles Placq
Camarillo, CA 93012

Jerry Nisbet
2284 East 10000 South
Sandy, UT 84070

Novak & Ben-Cohen, LLP
8383 Wilshire Blvd
Beverly Hills, CA 90211

Novak and Ben-Cohen, LLP
Attn: Sean Novak, Esq.
8383 Wilshire Blvd., PH1004
Beverly Hills, CA 90211

Nutech National
PO Box 2421
Winter Park, FL 32790-2421

NYC Department of Finance
PO Box 5070
Kingston, NY 12402

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211

OfficeTeam
12400 Collections Center Drive
Chicago, IL 60693

Joseph Oneill
25 Brickoven Rd.
Queensbury, NY 12804

Optimal Spaces
1841 Broadway, Ste. 200
New York, NY 10023

Pacific State Corp.
6519 Magnolia Ave
Riverside, CA 92506

Pack N Store
P. O. Box 27112
Salt Lake City, UT 84127-0112

Wayne Palmer
12250 Russell Drive
Claremore, OK 74017

Athanassios Papaioannou
4256 Tivoli Ave
Los Angeles, CA 90066

Jose and Maria Parjus
913 E. Bayridge drive
Weston, FL 33326

Bush Patel
1041 St. Andrews Drive
Bogart, GA 30622

Suresh C. Pathak, Esq.
Law Offices of Suresh C. Pathak
18119 S. Prairie Avenue, Suite 108
Torrance, CA 90504

Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Shawn and Terri Pearman
8130 Marshall Circle
Arvada, CO 80013

Rosann Pennisi
c/o Ginger Trunkes, Esq.
Snitow Kanfer Holtzer & Millus, LLP
575 Lexington Avenue, 14th Floor
New York, NY 10022

Roseanne Pennisi
1787 A. Westchester Ave.
Bronx, NY 10472

Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Perkins Coie LLP
Attn: Leondard MacPhee
1899 Wynkoop Street, Suite 700
Denver , CO 80202-1043

Perkins Coie LLP
1201 Third Ave., 40th Floor
Seattle, WA 98101-3099

Carol Peterson
8090 Newton Street
Westminster, CO 80031

Ryan and Heather Peterson
3615 NM Roosevelt Drive
Corvallis, OR 97330

Jane Phillips
484 S. Euclid Avenue, No. 108
 Pasadena, CA 91101

Mildred N.  Phillips
6 Beacon Street, Suite 800
 Boston, MA 02108

Mildred N. Phillips, Esq.
6 Beacon St., Ste 800
Boston, MA 02108

Chuck Pickle
16059 Sherlock Lane
Huntington Beach, CA 92649

Frances Piper
119 N. Few St.
Madison, WI 53703

 Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

 Poland Spring
P.O Box 856192
Louisville, KY 40285-6192

Graig W. Polanzi, Esq.
98-200 Kamehameha Hwy., Ste 405
Alea, HI 96701

Arkady Portnoy
c/o Marc Smith, Esq.
Krane & Smith, APC
16255 Ventura Boulevard, Suite 600
Encino, CA 91436

Arkady Portnoy
33401 Schoolcraft St.
West Hills, CA 91307

 PR Store
c/o Ira and Linda Distenfield
3609 State Street
Santa Barbara, CA 93105

 Prince, Perelson & Associates LC

PO Box 29680
Phoenix, AZ 85038-9680

Printelligent
2580 South Decker Lake Blvd, #200
Salt Lake City, UT 84119

Priority Properties, LLC
1045 S Woods Mill Rd, Ste. One
Town & Country, MO 63017

Lilian Pudjowobowa
3361 Bagley Avenue, No. 2
Los Angeles, CA 90034

Quinn Emanuel Trial Lawyers
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Qwest
PO Box 856169
Louisville, KY 40285-6169

Qwest
PO Box 29039
Phoenix, AZ 85038-9039

R&B Bags
1650 Fieldgate Lane
Walnut Creek, CA 94595

Sadiqa Rai
3734 Redondo Beach Boulevard
Torrance, CA 90504

Deborah Ramsey
200 Cross Keys road
Baltimore, MD 21210

Thomas L.  Reed
415 W. Foothill, Suite 121
Claremont, CA 91711

Thomas L.  Reed
30979 Granite
Redlands, CA  92359

Reinhard Inc.
2021 Arch St., Suite 400
Philadelphia, PA 19103

Matt Reusing, Esquire
146 E. Baltimore Pike
Clifton Heights, PA 19018

John P. Rhinehart, Esq.
Carter Law Firm

9505 Arvilla Ave., NE
Albuquerque, NM 87111-4736

Rieser & Associates
130 W. Second Street Ste 1520
Dayton, OH 45402-1519

Riverside Legal Dept. & Richard Yaffee
4211 B Arden Way
Sacramento, CA 95864

Shannon Rosati
608 Frontier Fort Lane
Strasburg, VA 22657

Joel D. Rosen
High Swartz Attorneys At Law LLP
40 E Airy Street
P.O. Box 671
Norristown, PA 19404

Greg Rouzeau
C/O Optimal Spaces
1841 Broadway, Suite 200
NEW YORK, NY 10023

Stephen H. Rovak, Esq.
Sonnenschein Nath & Rosenthal LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102-2741

RSVP Creative
PO Box 712
Ventura, CA 93002

Paolo Rubino
2491 Purdue Avenue, No. 209
Los Angeles, CA 90064

Rosanne Rutland
816 North O Street, No. 45
Lompac, CA 93436

Valerie Safar
2237 Calle Margarita
San Dimas, CA 91773

Hayley Salvo
515 E. Arrellaga St., No. 9
Santa Barabara, CA 93103

Alicia Samano
11226 Herrick Ave
Pacoima, CA 91331

Sara Samano
11226 Herrick Ave

Pacoima, CA  91331

Samano Dreams Inc.
11226 Herrick Ave
Pacoima, CA 91331

 San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

Sanderson & Associates, LTD
1052 W. Fulton Market ST.
Chicago, IL 60607

Sarnoff Information Technologies, Inc.
20 Corporate Pk., Suite 350
Irvine, CA 92606

Saveco Real Estate Inc.
18777 Edleen Drive
Tarzana, CA 91352

SB Golden Dog LLC
1187 Coast Village Rd, No. 1-464
Santa Barabara, CA 93108

Bill and Mary Schaaf
1650 Fieldgate Lane
Walnut Creek, CA 94595

Bruce S.  Schaeffer
Franchise Valuations, Ltd.
404 Park Avenue South
New York, NY 10016

Jerry Schuchman, Esq.
Law Office of Jerry Schuchman
1118 Bradfield Road
Roslyn, PA 19001

Ellen Schutz
8614 Middle Downs
Dallas, TX 75243

Ellen Schutz, Esquire
8614 Middle Downs Drive
Dallas, TX 75243

Valerie Scoggin
PO Box 676
Blue Lake, CA 95525

Judith Scott
6046 N. River Glen Place
Boise, ID 83714

Scrivener Enterprises

42 Chauncey St.
Boston, MA 02111

Jason Searns
6377 Prentice Ave
Littleton, CO 80123

Jason Searns, Esq.
5340 South Quebec St., Ste 306N
Greenwood Village, CO 80111

Select Personnel Services
PO Box 60607
Los Angeles, CA 90060-0607

Seltzer Sussman & Habermann LLP
100 Jericho Quadrangle
Jericho, NY 11753

Richard P. Sher, Esq.
Devereux Murphy LLC
The Plaza at Clayton
190 Carondelet, Suite 1100
St. Louis, MO 63105-1694

SHI Office Furniture
5098 Amelia Earhart Drive
Salt Lake City, UT 84116

Teresa Shields
1355 South 4700 West Ste 200
Salt Lake City, UT 84104

Shred-it North Los Angeles, Inc.
8600 Tamarack Ave
Sun Valley, CA 91352

Randy and Susan Sidwell
240 Brunswick Mill Road
Reno, NV 89511

Alan H. Silberman, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Silver Star Communications
PO Box 226
Freedom, WY 83120

David Simpson
1002 Skyline Place
San Marcos, CA 92078

Mariesla Skidmore
29192 Murre Lane
Laguna Hills, CA 92653

```
Mariesla Skidmore
PO Box 2457
Laguna Hills, CA 92653

Larry Slater
1400 N. Gilbert Rd., # G-2
Gilbert, AZ 85234

Slater & Associates, P.C.
1400 N. Gilbert Rd., G 2
Gilbert, AZ 85234

SLC Centers, Inc.
352 7th Ave., 16th Floor
New York, NY 10001

Jim Sleeper
c/o Sean Novak  Novak and Ben Cohen
8383 Wilshire Blvd  #1004
Beverly Hills, CA 90211

Scott Smith
625 The Ciy Drive, No. 360
Orange, CA 92868

Neil Smith, Esq.
225 S. Meramec, Suite 532
Clayton, MO 63105

Smith-Edwards-Dunlap Co.
PO Box 8500-S5560
Philadelphia, PA 19178-5560

C. Timothy Smoot, Esq.
118 Via Buena Ventura
Redondo Beach, CA 90277

Bonnie  Solow
1006 Pine Street
Santa Monica, CA 90405

Afthemia Sonmez
2703 S. Ivy Street
Denver , CO 80224

Suzan Sonmez
2387 South Genoa Way
Aurora, CO  80013

Sonmez LLC
2387 South Genoa way
Aurora, CO 80013

Sonnenschein, Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
```

Chicago, IL 60606-6404

SOS Staffing
PO Box 27008
Salt Lake City, UT 84127

Southern Calif Edison
PO Box 600
Rosemead, CA 91771-0001

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Specialty Freight Services, Inc
2 Poulson Ave.
Essington, PA 19029

Spencer Fane Britt & Browne LLP
Attn: James T. Price, Esq.
1000 Walnut St., Suite 1400
Kansas City, MO 64106-2140

Spike's Trophies LTD
514 N. 2nd Street
Philadelphia, PA 19123

Sprint
P. O. Box 105243
Atlanta, GA 30348

Sprint
P. O. Box 4181
Carol Stream, IL 60197

Sprint
P O Box 219100
Kansas City, MO 64121-9100

Sprint
PO Box 79133
Phoenix, AZ 85062-9133

Sprint Embarq
PO Box 660068
Dallas, TX 75266-0068

Sprint PCS
P. O. Box 105243
Atlanta, GA 30348-5243

Patricia St. John
944 Bel Marin Keys
Novato, CA 94949

Staples
500 Staples Drive

Framingham, MA 01702

State Bar of Michigan
306 Townsend Street
Lansing, MI 48933-2038

State of Alaska
Corps. Section
P. O. Box 110808
Juneau, AK 99811

State of California-Dept of Corporations
320 West 4th Street Ste 750
Los Angeles, CA 90013-2344

 State of Maryland
Dept of Assesments & Taxation
301 West Preston Street,Room 8
Baltimore, MD 21201-2395

State of Nevada A/R Payments
P. O. Box 52685
Phoenix, AZ 85072

State of New Jersey
PO Box 666
Trenton, NJ 08646

State of New Jersey Division of Revenue
P.O. Box 308
Trenton, NJ 08625-0308

State of New York, Office of Attorney General
Attn: Joy Feigenbaum
Bureau of Consumer Frauds & Protection
120 Broadway
New York, NY 10271

State Tax Collector
P.O. Box 259
Honolulu, HI 96809

Kathryn Stebner, Esq.
Stebner and Associates
870 Market Street, Suite 1212
San Francisco, CA 94102

Kent Steiner
788 Kimball
Highland Park, Il 60035

Strickler, Eric S., Esq.
151 South Whittier
Wichita, KS 67207

Elizabeth Stuebenrach
42 Chauncey St.

Boston, MA 02111

Sue Vazal Consulting
209 Riverside Ave
Scotia, NY 12302

John  Sullivan, Esq.
10859 King Street
North Hollywood, CA 91602

 Sullivan, John, Esq.
11000 Morrison St., # 202
North Hollywood, CA 91601

Jill Svenson
2705 S. Moline Court
Aurora, CA 80014

 S-Waru Consultants
19509 Gifford Street
Reseda, CA 91335

Glenn Sylvern
6405 -2 S. virginia St.
Reno, NV 89511

 Tandem Enterprises
1317 Club View Drive
Los Angeles, CA 90024

Kira Tanner
5812 S 2775 W
Roy, UT 84067

Kelly and Richard Taylor
81 McKown
Albany, NY 12203

 TELLR Corp
148 Liming Farm Road
Mt. Orab, OH 45154

 Texas Secretary of State
PO Box 13697
Austin, TX 78711-3697

 The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

 The Estate of Dale Lewis
700 Lupine Lane
Templeton, CA 93465

 The Florida Bar
651 East Jefferson Street
Tallahassee, FL 32399-2300

The Gas Company
PO Box C
Monterey Park, CA 91756

The Kuhn Law Firm,PLLC
Attn: Clarence J. Kuhn, Esq.
17800 Excelsior Blvd., Ste 100
Minnetonka, MN 55345

Bruce Theil
7891 Cypress Creek Ct.
Pleaston, CA 94588

Vicki Theis
6870 N. 5th Street
Idaho Falls, ID 83401

Derek Thiele, Esq.
Thiele & McGovern
3 W. Carrillo St., St # 216
Santa Barbara, CA 93101

Thompson Hine
One Atlantic Center, Ste 2200
1201 West Peachtree Street
Atlanta, GA 30309-3449

Thompson Law Firm, LLC
Attn: Lee Thompson
Occidental Plaza, 106 E 2nd St.
Wichita, KS 67202

Thomson CompuMark
PO Box 71892
Chicago, IL 60694-1892

Thomson West
P. O. Box 6292
Carol Stream, IL 60197-6292

Thomson West
PO Box 64833
 St. Paul, MN 55164-0833

Mony Tok
16603 Mulvaine St.
Valinda, CA 91744

Tok Document Services Inc.
16603 Mulvaine St.
Valinda , Ca 91744

Lilet Tonyan
725 1/2 Porter St.
Glendale, CA 91205

Lyova Tonyan
10837 Redmont St.
Tejumga, CA 91042

Aida Torres
1536 Lambada Lane
Anaheim, CA 92805

 Tracy Tenants Corp
C/O Cooper Square Realty
6 East 43rd Street
New York, NY 10017-4609

 Treasurer of Virginia
Virginia State Bar-Dept 931
Alexandria, VA 22334

 Trudelite
9151 Thyme court
Ft. Myers, FL 33919

 Trudelite, Inc
9151 Thyme Court
Ft. Myers, FL 33919

Chuck Trudell
9151 Thyme Court
Ft. Myers, FL 33919

Trusted Translations, Inc.
P.O. Box 632810
Baltimore, MD 21263-2810

Two Square LLC
7910 Ivanhoe Ave, Suite 526
La Jolla, CA 92037

U.S. Patent & Trademark Office
Attn: Director
P. O. Box 1450
Alexandria, VA 22313-1450

Underhill & Underhill
5340 South Quebec Street, Suite 306 North
Greenwood Village, CO 80111-1906

Jim Underhill, Esq.
Neighborhood Law Office
540 S. Quebec St
Greenwood village, CO 87201

James and Joanne  nderhill, Esqs.
Underhill & Underhill, P.C.
5340 South Quebec Street, Ste 306 North
Greenwood Village, CO 80111

United State Trustee

Eastern District Of Missouri
400 East 9th Street, Room 3440
Kansas City, MO 64106

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Uptown Examiner
P.O. Box 4368
San Diego, CA 92164

US Trustee Southern Dist. Of NY
33 Whitehall St., 21st Floor
New York, NY 10004

Vacco
4665 Ortega St
Ventura, CA 93003-7713

Valley Forge Sec. Ctr
117 Town Center Rd.
King of Prussia, PA 19406

Howard Van Den Hooven, Esq.
4920 Broadmore NE
Grand Rapids, MI 48512

Robert Vearling
52 Worrell Drive
Springfield, PA 19064

 Venegas-Neal, Melissa
4914 Cogswell Road
El Monte, CA 91732

Verizon Albany NY
P.O. Box 15124
Albany, NY 12212-5124

Verizon Baltimore, MD
PO Box 17577
Baltimore, MD 21297-0513

Verizon NJ
PO BOX 4833
Trenton, NJ 08650-4833

Bill Wagner
247 Rametto road
Santa Barabara, CA 93108

Art Warshaw
4800 Lakewood Ave
Woodland Hills, CA 91364

Martin Wasserman

7575 Frankford Rd., No. 3525
Dallas, TX 75252

Waste Management of New York LLC
PO Box 830003
Baltimore, MD 21283-0003

Stephen C. Watt, Esquire
2951 Thornhills Ave., SE
Grand Rapids, MI 49546

We the People of Alaska
9510 E. Spring Creek Circle
Palmer, AK 99645

We The People of Alhambra
1137 W. Valley Road
Alhambra, CA 91803

We The People of Aliso Viejo
27064 LaPaz Road
Aliso Viejo, CA 92656

We The People of Anaheim
1186 W. Katella Ave.
Anaheim, CA 92802

We The People of Boca Raton, FL, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Brandon
934 West Lumsden Rd
Brandon, FL 33511

We The People of Central Valley
2746 Tenaya Ave.
Fresno, CA 93711

We The People of Costa Mesa
2200 Harbor Blvd., Ste D-215
Costa Mesa, CA 92627

We The People of Des Moines, IA, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Forest Park, GA, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Hollywood
5419 W. Sunset Blvd., Unit # 1
Los Angeles, CA 90027

```
We The People of Hollywood, FL, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Irving, Texas, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Knoxville, TN, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Long Beach
247 E. Broadway
Long Beach, CA 90802

We the People of Long Island NY
16 Point Road
Bellport, NY 11713

We The People of Marina Del Rey
2496 Lincoln Blvd.
Marina Del Rey, CA 90291

We The People of Mesa, AZ, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Mission Viejo
24002 Via Fabricante # 222
Mission Viejo, CA 92691

We The People of Naperville,Illinois, Inc
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We the People of Oakland, Inc
1650 Fieldgate Lane
Walnut Creek, CA 94595

We The People of Orange
1609 E. Chapman Ave
Orange, CA 92866

We the People of Pacoima, Inc.
22948 Tupelo Ridge Road
Valencia, CA 91354

We The People of Passadena
760 E. Colorado Blvd.
Pasadena, CA 91101
```

We the People of Petaluma
135 Keller St., Suite C
 Petaluma, CA 94952

We The People of Rancho Cucamonga
9030 Foothill Blvd., # 112 Rancho
Cucamonga, CA 91730

We The People of San Fernando
209 N. Maclay
San Fernando, CA 91340

We The People of Santa Monica
2922 Wilshire Blvd.
Santa Monica, CA 90403

We The People of Sarasota, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of the Central Coast
1524 State Street
Santa Barbara, CA 93101

We The People of Van Nuys
7219 Balboa Blvd.
Van Nuys, CA 91406

We The People of West Los Angeles
1648 Westwood Blvd.
Los Angeles, CA 90024

We the People of West San Francisco Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The People of Woodland Hills
21904 Ventura Blvd.
Woodland Hills, CA 91364

We the Peopleof Dallas, Texas, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We the Peopleof Nashville, Tennessee
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

We The Peopleof Raleigh, NC, Inc.
c/o Timothy Smoot
118 Via Buena Ventura
Redondo Beach, CA 90277

Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Wells Fargo Bank N.A. Corp. Trust Services
707 Wilshire Blvd.
Los Angeles, CA 90017

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309

Seth Wenger
1330 Zinnia Street
Upland, CA 91784

Wesley Ike
2466 Jade Drive
Lawrenceville, GA 28226

 West Salt Lake Documet Services
746 N. 1125 E
Orem, UT 84907

 Whitehorse Documents, Inc.
195 Parsons boulevard
East Marian, NY  11939

 Wiggin and Dana LLP
P. O. Box 7247-7112
Philadelphia, PA 19170

 William and Natasha Houghton
5000 W. 600 North
Huntington, IN 46750

David Williams
3267 Camino Coronado
Carlsbad, CA 92009

 Williamson County District Clerk
P. O. Box 24
Georgetown, TX 78627

 Williamson County Tax Office
9045 Main St.
Georgetown, TX 78626

 Willoughby Equities Assoc.
c/o United American Land LLC
430 West Broadway, 3rd Floor
New York, NY 10012

 Wire One Communications
PO Box 951842
Dallas, TX 75395-1842

Charles Wolf
135 Keller St., Suite C
Petaluma, CA 94952

Katherine Wolfe
1187 Coast Village Rd, No. 1-464
 Santa Barabara, CA 93108

WordTech, Inc.
395 Circle of Progress
P.O. Box 516
Pottstown, PA 19464

World Service and Supplies
4091 State St
Santa Barbara, CA 93110

WTP Colorado
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033

WTP of Irvine, California
c/o Sung Lee
864 Charleston Way
Brea, CA 92821

WTP Panama City
855 East 23rd St.
Panama City, FL 32405

Wyoming Secretary of State
200 West 24th Street Rm 110
Cheyenne, WY 82002-0020

Robert Yaffe
4211 Arden Way
Sacramento, CA 95864

Helen Yi
1545 W. 220 Street
Torrance, CA 90501

Yolanda Allen
9115 Indian Bluff Road
Youngstown, FL 32466

Cheryl Zeranti
20 Vanderbilt Parkway
Oakdale, NY 11769