# SIGN-IN-SHEET

**CASE NAME:** We The People USA, Inc.  
**CASE NO.** 10-10503-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** March 16, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Kenny | U.S. Trustee | |
| Seth Niederman | Fox Rothschild | U.S.T |
| Josh Klein | | Committee |
| David Fournier | Pepper Hamilton LLP | Dollar Financial Group, Inc. |
| Adam Hiller | Pinckney Harris & Weidinger | Debtors |
| | | |
| | | |
| | | |
| | | |